PROB 22 (Rev. 1/24)

# TRANSFER OF JURISDICTION

| | DOCKET NUMBER (Tran. Court) |
|---|---|
| | 21CR01513-001-CAB |
| | DOCKET NUMBER (Rec. Court) |
| | 2:26-cr-00093-APG-EJY-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Evans, Samaje Alben<br>District of Nevada | Southern California | San Diego |

✓ FILED    ___ RECEIVED
___ ENTERED    ___ SERVED ON

**MAY 27 2026**

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ AMMi _____ DEPUTY

| NAME OF SENTENCING JUDGE |
|---|
| Cathy Ann Bencivengo<br>U.S. District Judge |

| DATES OF | FROM | TO |
|---|---|---|
| supervised release | 8/18/2025 | 8/17/2032 |

OFFENSE

18 U.S.C. § 2422(a), Coercion and Enticement to Travel for Prostitution, a Class C felony

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Evans has no significant ties to the Southern District of California and expects to remain in the District of Nevada for the remainder of supervised release. The probation office in the District of Nevada has requested a transfer of jurisdiction to allow any future concerns be addressed efficiently by the district wherein the offender is supervised.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/20/2026

Date

Cathy Ann Bencivengo
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 29, 2026

Effective Date

United States District Judge

mcs 7492903

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Samaje Alben Evans

Case No.: To be assigned

**SUPERVISION REPORT**
**REQUESTING ACCEPTANCE OF JURISDICTION**

May 26, 2026

TO:    The United States District Judge

On October 24, 2022, the above-named person was sentenced in the Southern District of California to 72 months custody, plus seven years supervised release for the offense of Coercion and Enticement to Travel for Prostitution (Case No.: 3:21CR1513). On March 16, 2026, supervision began in the District of Nevada after Mr. Evans was released from state custody on another unrelated charge.

Mr. Evans has no ties to the Southern District of California, and all his family ties are in the Las Vegas area. Because of this, it is recommended that Jurisdiction be transferred to the District of Nevada to address any future issues with his supervision.

The Southern District of California is in agreement as indicated by the signature of the Honorable Cathy Ann Bencivengo on the attached Probation Form 22. Should the Court agree, please countersign the attached Probation Form 22.

Respectfully submitted,

Digitally signed by Bryce Stark
Date: 2026.05.27 09:06:28 -07'00'

Bryce D. Stark
Senior United States Probation Officer

Approved:

Digitally signed by Steve
Goldner
Date: 2026.05.26 14:48:16
-07'00'

Steve M Goldner
Supervisory United States Probation Officer